Howard Grobstein
11801 Pierce Street
2nd Floor
Riverside, CA 92505

(951) 234-0951
hbgtrustee@gtllp.com
    Chapter 7 Trustee

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**LOS ANGELES DIVISION**

| In re: DIAMOND DECISIONS, INC. | § | Case No. 2:10-bk-15109-BB |
|---|---|---|
| | § | |
| | § | |
| | § | |
| Debtor(s) | | |

**NOTICE OF TRUSTEE'S FINAL REPORT AND**
**APPLICATIONS FOR COMPENSATION**
**AND DEADLINE TO OBJECT (NFR)**

    Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that Howard Grobstein, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

    The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

United States Bankruptcy Court, Central District of California

Edward R. Roybal Federal Building and Courthouse

255 E. Temple Street

Los Angeles, CA 90012

    A hearing on the Trustee's Final Report and Applications for Compensation will be held at 10:00AM on 07/18/2018 in Courtroom 1539 of the United States Bankruptcy Court located at 255 E. Temple Street, Los Angeles, California 90012. Any person wishing to object to any fee application that has not already been approved, or to the Trustee's Final Report, must file a written opposition thereto pursuant to Local Bankruptcy Rule 9013-1(f) not later than 14 days before the date designated for hearing and serve a copy of the opposition upon the trustee, any party whose application is being challenged and, the United States Trustee. Untimely objections may be deemed waived. In the absence of a timely objection by the United States Trustee or other party in interest, the Court may discharge the Chapter 7 Trustee and close the case without reviewing the Final Report and Account or determining the merits of the Chapter 7 Trustee's certification that the estate has been fully administered. See Federal Rule of Bankruptcy Procedure 5009.

Date Mailed: 05/25/2018                By: /s/ Howard B. Grobstein

                                            Chapter 7 Trustee

Howard Grobstein
11801 Pierce Street
2nd Floor
Riverside, CA 92505

**UST Form 101-7-NFR (10/1/2010)**

(951) 234-0951
hbgtrustee@gtllp.com

**UST Form 101-7-NFR (10/1/2010)**

Howard Grobstein
11801 Pierce Street
2nd Floor
Riverside, CA 92505
(951) 234-0951
hbgtrustee@gtllp.com
                    Chapter 7 Trustee

### UNITED STATES BANKRUPTCY COURT
### CENTRAL DISTRICT OF CALIFORNIA
### LOS ANGELES DIVISION

In re: DIAMOND DECISIONS, INC.       §     Case No. 2:10-bk-15109-BB
                                        §
                                        §
                                        §
            Debtor(s)

### SUMMARY OF TRUSTEE'S FINAL REPORT
### AND APPLICATIONS FOR COMPENSATION

*The Final Report shows receipts of :*    $      960,377.63

*and approved disbursements of:*    $      91,926.80

*leaving a balance on hand of[1]:*    $      868,450.83

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|-----------|----------|----------------|-------------------------|--------------------------|------------------|
| None      |          |                |                         |                          |                  |

Total to be paid to secured creditors:    $      0.00

Remaining balance:    $      868,450.83

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|------------------|-----------------|--------------------------|------------------|
| Trustee, Fees - TRUSTEE | 51,268.88 | 0.00 | 51,268.88 |
| Accountant for Trustee, Expenses - GROBSTEIN TEEPLE LLP | 14,662.50 | 0.00 | 14,662.50 |
| Charges, U.S. Bankruptcy Court | 40,391.00 | 0.00 | 40,391.00 |

    [1]The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Other State or Local Taxes (post-petition) - FRANCHISE TAX BOARD | 6,018.29 | 0.00 | 6,018.29 |
| Other Chapter 7 Administrative Expenses - UNITED RECORDS MANAGEMENT | 2,841.54 | 0.00 | 2,841.54 |
| Other Chapter 7 Administrative Expenses - UNITED RECORDS MANAGEMENT | 1,333.92 | 0.00 | 1,333.92 |
| Other Chapter 7 Administrative Expenses - Peter C. Anderson, U.S. Trustee | 982.32 | 0.00 | 982.32 |
| Other Chapter 7 Administrative Expenses - Franchise Tax Board | 0.00 | 0.00 | 0.00 |
| Attorney for Trustee Fees (Other Firm) - LEVENE, NEALE, BENDER, YOO & BRILL | 437,635.75 | 0.00 | 437,635.75 |
| Attorney for Trustee Expenses (Other Firm)  - LEVENE, NEALE, BENDER, YOO & BRILL | 21,722.01 | 0.00 | 21,722.01 |
| Accountant for Trustee, Expenses - GROBSTEIN TEEPLE LLP | 1,011.24 | 0.00 | 1,011.24 |
| Accountant for Trustee Fees (Other Firm) - CROWE HORWATH LLP | 185,491.70 | 0.00 | 185,491.70 |
| Accountant for Trustee Expenses (Other Firm) - CROWE HORWATH LLP | 516.47 | 0.00 | 516.47 |

Total to be paid for chapter 7 administrative expenses:    $    763,875.62
Remaining balance:    $    104,575.21

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Prior Chapter Trustee Compensation  - TRUSTEE | 10,059.52 | 0.00 | 274.54 |
| Prior Chapter Attorney for Trustee/DIP Fees (Other Firm)  - LEVENE, NEALE, BENDER, YOO & BRILL | 274,789.75 | 0.00 | 7,499.35 |
| Prior Chapter Attorney for Trustee/DIP Expenses (Other Firm) - LEVENE, NEALE, BENDER, YOO & BRILL | 20,524.57 | 0.00 | 560.14 |
| Prior Chapter Accountant for Trustee/DIP Fees (Other Firm) - CROWE HORWATH LLP | 275,090.50 | 0.00 | 7,507.55 |
| Prior Chapter Accountant for Trustee/DIP Expenses (Other Firm) - CROWE HORWATH LLP | 9,778.61 | 0.00 | 266.87 |
| Prior Chapter Other State or Local Taxes  - STATE BOARD OF EQUALIZATION | 105.05 | 0.00 | 2.87 |
| Administrative Rent (post-petition storage fees, leases) - Kane Industrial Properties LLC Irwin Chasalow Esq | 59,316.31 | 0.00 | 1,618.81 |

Total to be paid for prior chapter administrative expenses:  $  17,730.13
Remaining balance:  $  86,845.08

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $159,383.07 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1P | UNITED PARCEL SERVICE C/O RMS BANKRUPTCY RECOVERY SERVICES | 864.45 | 0.00 | 194.71 |
| 5P | GONZALO POSADA C/O JEFFREY C LEE ESQ | 10,950.00 | 0.00 | 10,950.00 |
| 7 | ROGELIO CURIEL | 4,630.66 | 0.00 | 4,630.66 |
| 9 | MARIA J LOPEZ | 4,081.07 | 0.00 | 4,081.07 |
| 10 | MAYRA NARVAEZ | 4,190.55 | 0.00 | 4,190.55 |
| 11 | ABRAHAM LEON | 4,525.13 | 0.00 | 4,525.13 |
| 12 | GUILLERMO W OROZCO | 5,897.85 | 0.00 | 5,897.85 |
| 13 | NANCY GONZALES | 0.00 | 0.00 | 0.00 |
| 14 | NANCY GONZALES | 0.00 | 0.00 | 0.00 |

**UST Form 101-7-NFR (10/1/2010)**

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 20 | Nous Model Management Inc Audrey Ecker | 5,600.00 | 0.00 | 5,600.00 |
| 26 | Guadalupe Jimenez | 0.00 | 0.00 | 0.00 |
| 27 | Nicolas Pompa Segoviano | 1,805.00 | 0.00 | 1,805.00 |
| 28 | Jose Pompa | 1,994.00 | 0.00 | 1,994.00 |
| 29 | Publiship Logistics Inc | 33,464.09 | 0.00 | 7,537.59 |
| 36 | Alberto Garcia | 1,805.00 | 0.00 | 1,805.00 |
| 38 | Syndicate Enterprises dba Frye/Wiles Nathan Wiles | 6,950.00 | 0.00 | 6,950.00 |
| 44 | Vericore LLC | 1,346.18 | 0.00 | 1,346.18 |
| 52P | Employment Development Dept | 3,019.32 | 0.00 | 680.08 |
| 58P | Internal Revenue Service | 47,271.02 | 0.00 | 10,647.50 |
| 60 | STATE BOARD OF EQUALIZATION | 471.65 | 0.00 | 106.24 |
| 72 | NANCY GONZALES | 7,980.78 | 0.00 | 7,980.78 |
| 79P | FRANCHISE TAX BOARD | 2,644.93 | 0.00 | 595.75 |
| 84 | Guadalupe Jimenez | 4,000.00 | 0.00 | 4,000.00 |
| | INTERNAL REVENUE SERVICE | 3,215.33 | 0.00 | 724.23 |
| | INTERNAL REVENUE SERVICE | 751.96 | 0.00 | 169.37 |
| | INTERNAL REVENUE SERVICE | 281.57 | 0.00 | 63.42 |
| | FRANCHISE TAX BOARD | 1,642.53 | 0.00 | 369.97 |

Total to be paid for priority claims:    $                86,845.08

Remaining balance:    $                  0.00

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $17,488,564.65 have been allowed and will be paid pro rata only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1U | UNITED PARCEL SERVICE C/O RMS BANKRUPTCY RECOVERY SERVICES | 5,025.01 | 0.00 | 0.00 |
| 2 | First National Bank of Omaha | 281,129.54 | 0.00 | 0.00 |
| 3 | NOUVOLUTION | 15,006.00 | 0.00 | 0.00 |
| 4 | UNITED FINISHING APPAREL INC C/O JEFFREY C LEE ESQ | 28,606.25 | 0.00 | 0.00 |
| 5U | GONZALO POSADA C/O JEFFREY C LEE ESQ | 72,452.64 | 0.00 | 0.00 |
| 6 | WEST COAST FASHION C/O JEFFREY C LEE ESQ | 60,821.25 | 0.00 | 0.00 |
| 8 | CAROLINA JIMENEZ | 2,025.00 | 0.00 | 0.00 |
| 15 | Massive Graphics | 592.66 | 0.00 | 0.00 |
| 16 | Sunny Merchandise Corp | 4,964.00 | 0.00 | 0.00 |
| 17 | Western Converting Specialties | 9,913.10 | 0.00 | 0.00 |
| 18 | Komar Apparel Supply Co | 7,129.08 | 0.00 | 0.00 |
| 19 | Gerber Technology | 925.00 | 0.00 | 0.00 |
| 21 | PROGRESSIVE LABEL INC | 432.00 | 0.00 | 0.00 |
| 22 | G&G Intl Security Inc | 4,356.00 | 0.00 | 0.00 |
| 23 | Woodridge Press, Inc | 15,953.91 | 0.00 | 0.00 |
| 24 | Safety Net Inc | 1,771.30 | 0.00 | 0.00 |
| 25 | S & J Inc | 466.85 | 0.00 | 0.00 |
| 30 | Next Mangement LLC | 6,780.00 | 0.00 | 0.00 |
| 31 | Creer Group Inc d/b/a Fourth Floor Fashion | 61,813.49 | 0.00 | 0.00 |
| 32 | L.A. Stich Inc c/o Manuel P Manuel | 19,928.40 | 0.00 | 0.00 |
| 33 | Nylon Holding Inc Jam Pearlman | 57,200.00 | 0.00 | 0.00 |
| 34 | Westel Communications Inc | 95.00 | 0.00 | 0.00 |
| 35 | Fish Window Cleaning Inc | 361.00 | 0.00 | 0.00 |
| 37 | Absolute Apparel Svs Inc | 6,425.16 | 0.00 | 0.00 |
| 39 | So Cal Edison Co. Attention: Credit and Payment Svs | 1,007.03 | 0.00 | 0.00 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 40 | Rutan & Tucker LLP | 71,304.93 | 0.00 | 0.00 |
| 41 | SBC Internet Svs LLC AT&T Attorney: James Grudus Esq. | 1,801.61 | 0.00 | 0.00 |
| 42 | Advance Magazine Publishers Inc | 211,915.20 | 0.00 | 0.00 |
| 43 | NEC Financial Services LLC | 21,459.70 | 0.00 | 0.00 |
| 45 | American Dye House | 16,137.53 | 0.00 | 0.00 |
| 46 | PSG SEWING MACHINES INC | 3,115.04 | 0.00 | 0.00 |
| 47 | Cross Country Transport Inc | 2,563.15 | 0.00 | 0.00 |
| 48 | Harold Faile | 50,000.00 | 0.00 | 0.00 |
| 49 | International Textile Group Inc Attn: Dawn Brown | 34,069.06 | 0.00 | 0.00 |
| 50 | EG INTERNATIONAL GROUP INC | 37,537.50 | 0.00 | 0.00 |
| 51 | Hartford Fire Ins. Co. | 13,387.62 | 0.00 | 0.00 |
| 52U | Employment Development Dept | 402.50 | 0.00 | 0.00 |
| 53 | CHAYA D SIEGFRIED | 20,000.00 | 0.00 | 0.00 |
| 55 | SHARON LISSAUER | 25,000.00 | 0.00 | 0.00 |
| 56 | John Scamardella | 800,000.00 | 0.00 | 0.00 |
| 57 | Pacific Screenprint Int., Inc. | 2,360.96 | 0.00 | 0.00 |
| 58U | Internal Revenue Service | 20,185.46 | 0.00 | 0.00 |
| 61 | The Shirt Shop | 784.00 | 0.00 | 0.00 |
| 62 | Inovis Inc | 430.63 | 0.00 | 0.00 |
| 63 | Hartford Fire Ins. Co. | 19,853.24 | 0.00 | 0.00 |
| 64 | Arawak Trust Road Town Tortola BVI | 250,000.00 | 0.00 | 0.00 |
| 65 | Arawak Trust Road Town Tortola BVI | 400,000.00 | 0.00 | 0.00 |
| 66 | Arawak Trust Road Town Tortola BVI | 75,000.00 | 0.00 | 0.00 |
| 67 | Arawak Trust Road Town Tortola BVI | 300,000.00 | 0.00 | 0.00 |
| 68 | Binglen Securities LTD | 300,000.00 | 0.00 | 0.00 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 69 | Daniel J. Grove, JR. | 25,000.00 | 0.00 | 0.00 |
| 70 | Christopher D. Glos | 0.00 | 0.00 | 0.00 |
| 71 | Access Packing Supplies | 8,612.77 | 0.00 | 0.00 |
| 73 | NOUVOLUTION | 17,006.00 | 0.00 | 0.00 |
| 74 | Safety Net Inc | 1,771.30 | 0.00 | 0.00 |
| 75 | Harold Faile | 50,000.00 | 0.00 | 0.00 |
| 76 | International Textile Group Inc Attn: Dawn Brown | 66,531.37 | 0.00 | 0.00 |
| 77 | Westel Communications Inc | 90.00 | 0.00 | 0.00 |
| 79U | FRANCHISE TAX BOARD | 803.79 | 0.00 | 0.00 |
| 82 | Jonathan Nash | 0.00 | 0.00 | 0.00 |
| 83 | QTS & CTFC | 0.00 | 0.00 | 0.00 |
| 85 | CHAYA D SIEGFRIED | 20,000.00 | 0.00 | 0.00 |
| 86 | % AT&T Services Inc. James Grudus, Esq. | 2,800.54 | 0.00 | 0.00 |
| 87 | % AT&T Services Inc. James Grudus, Esq. | 22,234.46 | 0.00 | 0.00 |
| 88 | Ariene Cohen | 20,000.00 | 0.00 | 0.00 |
| 89 | Revan R. Schwarts | 45,000.00 | 0.00 | 0.00 |
| 90 | CHAVI HERTZ | 50,000.00 | 0.00 | 0.00 |
| 91 | Ceaser Fraschilla Ira | 12,500.00 | 0.00 | 0.00 |
| 92 | James M. Ashley | 10,000.00 | 0.00 | 0.00 |
| 93 | Norman V. Smith III | 17,625.00 | 0.00 | 0.00 |
| 94 | Norman V. Smith III | 17,730.00 | 0.00 | 0.00 |
| 95 | George B. Mungo | 43,500.00 | 0.00 | 0.00 |
| 96 | RBC Capital Markets FBO George B. Mungo | 166,200.00 | 0.00 | 0.00 |
| 97 | RBC Capital Markets FBO Doris C. Mungo | 25,000.00 | 0.00 | 0.00 |
| 98 | Patricia Wrobel | 10,000.00 | 0.00 | 0.00 |
| 99 | RBC Capital Markets FBO Damon L. Mungo | 47,500.00 | 0.00 | 0.00 |
| 100 | Charles Edward Helms | 10,000.00 | 0.00 | 0.00 |
| 101 | Larry Benton | 15,000.00 | 0.00 | 0.00 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 102 | Michael W. Jenkins | 25,000.00 | 0.00 | 0.00 |
| 103 | Michael W. Jenkins | 31,000.00 | 0.00 | 0.00 |
| 104 | Michael W. Jenkins | 5,000.00 | 0.00 | 0.00 |
| 105 | Dale S. Fisher | 50,000.00 | 0.00 | 0.00 |
| 106 | Randall Moore | 10,000.00 | 0.00 | 0.00 |
| 107 | Mark Feuer | 250,000.00 | 0.00 | 0.00 |
| 108 | Cecil D Hume, Jr. & Aileen A. Hume | 65,166.67 | 0.00 | 0.00 |
| 109 | Damon L. Mungo | 153,000.00 | 0.00 | 0.00 |
| 110 | Jimmy Catoe | 10,000.00 | 0.00 | 0.00 |
| 111 | Anthony L. Hunter | 4,850.00 | 0.00 | 0.00 |
| 112 | Anthony L. Hunter | 10,000.00 | 0.00 | 0.00 |
| 113 | Murray Horowitz | 62,500.00 | 0.00 | 0.00 |
| 114 | James R Knight JR | 10,000.00 | 0.00 | 0.00 |
| 115 | Harry K Truesdale | 10,000.00 | 0.00 | 0.00 |
| 116 | Julie & Mark C Bowers | 10,000.00 | 0.00 | 0.00 |
| 117 | Michael McManus Frances BMC Manus | 10,000.00 | 0.00 | 0.00 |
| 118 | James R Sowers Refreshments International Inc | 14,425.96 | 0.00 | 0.00 |
| 119 | Paul D Cook and Robin L Cook JT TenWros | 25,000.00 | 0.00 | 0.00 |
| 120 | Julie & Mark C Bowers | 22,000.00 | 0.00 | 0.00 |
| 121 | Francine D. Merenchi & James R. Sowers | 25,000.00 | 0.00 | 0.00 |
| 122 | Paul D Cook and Robin L Cook JT TenWros | 14,425.96 | 0.00 | 0.00 |
| 123 | William M. Neal | 5,000.00 | 0.00 | 0.00 |
| 124 | Agile Opportunity Fund, LLC Westerman Ball Ederer Miller & Sharfstei | 2,271,065.00 | 0.00 | 0.00 |
| 125 | William M. Neal | 15,000.00 | 0.00 | 0.00 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 126 | Directional Managing Co., as agent on behalf of the Directional Investors Westerman Ball Ederer Miller | 685,920.00 | 0.00 | 0.00 |
| 127 | James T. Westbrook | 17,100.00 | 0.00 | 0.00 |
| 128 | James T. Westbrook | 2,900.00 | 0.00 | 0.00 |
| 129 | David P. & Ann O. Vinson | 15,000.00 | 0.00 | 0.00 |
| 130 | David P. Vinson | 80,000.00 | 0.00 | 0.00 |
| 131 | Douglas E. Hinson | 35,000.00 | 0.00 | 0.00 |
| 132 | Todd & Terry Miller c/o Miller's Carpets | 220,000.00 | 0.00 | 0.00 |
| 133 | Mariano Agustin Henin | 11,059.54 | 0.00 | 0.00 |
| 134 | Mark H. Bridges | 25,000.00 | 0.00 | 0.00 |
| 135 | Maurice and Judy Carter | 10,000.00 | 0.00 | 0.00 |
| 136 | Jill Furman Trust Jefferies & Co. c/o Emily Rollins | 100,000.00 | 0.00 | 0.00 |
| 137 | Stephanie Furman Trust Jefferries & Co. c/o Emily Rollins | 100,000.00 | 0.00 | 0.00 |
| 138 | Frieda B. Furman Jefferies & Co. c/o Emily Rollins | 50,000.00 | 0.00 | 0.00 |
| 139 | IRA FBO Roy Furman Jefferies & Co. c/o Emily Rollins | 250,000.00 | 0.00 | 0.00 |
| 140 | Roy Furman Jefferies & Co. c/o Emily Rollins | 1,000,000.00 | 0.00 | 0.00 |
| 141 | Assameka Capital Inc. Asher Brand | 28,164.51 | 0.00 | 0.00 |
| 142 | Amos J. Mungo | 10,000.00 | 0.00 | 0.00 |
| 143 | Harry Montgomery | 10,000.00 | 0.00 | 0.00 |
| 144 | Wayne A Kirk | 10,000.00 | 0.00 | 0.00 |
| 145 | John & Jennifer Dwyer c/o Bill Schneider | 25,000.00 | 0.00 | 0.00 |
| 146 | Gene Cudd Cathy L Cudd | 15,000.00 | 0.00 | 0.00 |
| 147 | Rusty Lucas | 10,000.00 | 0.00 | 0.00 |
| 148 | Billy Ray Jenkins | 20,000.00 | 0.00 | 0.00 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 149 | Tammy K. Stroud, IRA | 17,000.00 | 0.00 | 0.00 |
| 150 | Harvey Zaretzky and Gloria Zaretzky | 15,000.00 | 0.00 | 0.00 |
| 151 | Lauren Savoy | 12,500.00 | 0.00 | 0.00 |
| 152 | Lauren Savoy, Pamela Barnett, Estate Paula Savoy | 12,500.00 | 0.00 | 0.00 |
| 153 | Barry Bordetsky | 10,000.00 | 0.00 | 0.00 |
| 154 | Robert N. Schaffer | 10,000.00 | 0.00 | 0.00 |
| 155 | Robert N. Schaffer | 10,000.00 | 0.00 | 0.00 |
| 156 | James N. Hinson | 10,000.00 | 0.00 | 0.00 |
| 157 | Roy L. Frieda B. Furman Foundation Jefferries & Co. c/o Emily Rollins | 200,000.00 | 0.00 | 0.00 |
| 158 | Evan Bower | 31,000.00 | 0.00 | 0.00 |
| 159 | James R. Knight | 5,000.00 | 0.00 | 0.00 |
| 160 | Amy and Neil Zusman | 12,500.00 | 0.00 | 0.00 |
| 161 | James R. Knight | 25,000.00 | 0.00 | 0.00 |
| 162 | Lane & Shirley Starnes | 10,000.00 | 0.00 | 0.00 |
| 163 | James W Mahaffey | 10,000.00 | 0.00 | 0.00 |
| 164 | Mary Estridge | 20,000.00 | 0.00 | 0.00 |
| 165 | Stephen L. Mullinax | 10,000.00 | 0.00 | 0.00 |
| 166 | Devin Mungo | 40,800.00 | 0.00 | 0.00 |
| 167 | Danny C. Bennett | 10,000.00 | 0.00 | 0.00 |
| 168 | Harold Faile | 20,000.00 | 0.00 | 0.00 |
| 169 | Harold Faile | 30,000.00 | 0.00 | 0.00 |
| 170 | Douglas Evans | 31,000.00 | 0.00 | 0.00 |
| 171 | RBC Dain Rausher Inc. Custodian for Douglas Evans, IRA | 44,500.00 | 0.00 | 0.00 |
| 172 | Douglas Evans | 12,500.00 | 0.00 | 0.00 |
| 173 | Rachel L. Mullis | 10,000.00 | 0.00 | 0.00 |
| 174 | Teresa C. and James K. Eubanks | 10,000.00 | 0.00 | 0.00 |
| 175 | John H. Adams | 10,000.00 | 0.00 | 0.00 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 176 | Kevin Adams | 10,000.00 | 0.00 | 0.00 |
| 177 | George W. Roberts | 15,000.00 | 0.00 | 0.00 |
| 178 | George W. Roberts | 5,000.00 | 0.00 | 0.00 |
| 179 | Walter E. White | 10,000.00 | 0.00 | 0.00 |
| 180 | Elliot Gold | 25,000.00 | 0.00 | 0.00 |
| 181 | Elliot Gold | 75,000.00 | 0.00 | 0.00 |
| 182 | Darryl K Usher | 20,000.00 | 0.00 | 0.00 |
| 183 | Bobby J Hilliard | 20,000.00 | 0.00 | 0.00 |
| 184 | David G. Knight | 10,000.00 | 0.00 | 0.00 |
| 185 | Alan and Kay Baker | 9,900.00 | 0.00 | 0.00 |
| 186 | Saul Kessler | 50,000.00 | 0.00 | 0.00 |
| 187 | Minhua Shen c/o Yuxiang Xin | 14,425.76 | 0.00 | 0.00 |
| 188 | Jane B. Blackmon | 25,000.00 | 0.00 | 0.00 |
| 189 | RBC Dain Rausher Inc. Custodian for Okhee Evans, IRA | 25,000.00 | 0.00 | 0.00 |
| 190 | Minhua Shen c/o Yuxiang Xin | 300,000.00 | 0.00 | 0.00 |
| 191 | Beth Hinson | 10,000.00 | 0.00 | 0.00 |
| 192 | kathleen Hunter Adams | 10,000.00 | 0.00 | 0.00 |
| 193 | Robert Hundley | 100,000.00 | 0.00 | 0.00 |
| 194 | Stephen & Annette Port | 10,000.00 | 0.00 | 0.00 |
| 195 | Esther Solomon | 46,031.00 | 0.00 | 0.00 |
| 196 | Keith R. Small | 10,000.00 | 0.00 | 0.00 |
| 197 | W George Gay | 5,000.00 | 0.00 | 0.00 |
| 198 | James C. Sowell | 10,000.00 | 0.00 | 0.00 |
| 199 | W George Gay | 10,000.00 | 0.00 | 0.00 |
| 200 | John T. Lucas | 10,000.00 | 0.00 | 0.00 |
| 201 | John T. Lucas | 10,000.00 | 0.00 | 0.00 |
| 202 | Wayne M. Robinson | 10,000.00 | 0.00 | 0.00 |
| 203 | Joyce M. Sycoff | 136,107.00 | 0.00 | 0.00 |
| 204 | Joyce M. Sycoff | 50,000.00 | 0.00 | 0.00 |
| 205 | Joyce M. Sycoff IRA | 63,000.00 | 0.00 | 0.00 |
| 206 | William E. Jenkins | 20,000.00 | 0.00 | 0.00 |

UST Form 101-7-NFR (10/1/2010)

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 207 | Benjamin and Deborah Leppard | 10,000.00 | 0.00 | 0.00 |
| 208 | Harold Lefkowitz | 25,000.00 | 0.00 | 0.00 |
| 209 | John W Gainer | 10,000.00 | 0.00 | 0.00 |
| 210 | Richard W Bickel | 10,000.00 | 0.00 | 0.00 |
| 211 | David B Flynn | 11,200.00 | 0.00 | 0.00 |
| 212 | Al Cauthen Jr | 10,000.00 | 0.00 | 0.00 |
| 213 | Donna & Marion Wendell Wright | 10,000.00 | 0.00 | 0.00 |
| 214 | Donna & Marion Wendell Wright | 10,000.00 | 0.00 | 0.00 |
| 215 | Neil Schneider | 12,500.00 | 0.00 | 0.00 |
| 216 | Mark Matheson | 26,150.00 | 0.00 | 0.00 |
| 217 | Vernelle Braun | 68,300.00 | 0.00 | 0.00 |
| 218 | Vernelle Braun | 50,000.00 | 0.00 | 0.00 |
| 219 | Vernelle Braun | 12,500.00 | 0.00 | 0.00 |
| 220 | Kent Dinsdale | 25,000.00 | 0.00 | 0.00 |
| 221 | Kent Dinsdale | 14,425.96 | 0.00 | 0.00 |
| 222 | John Scamardella | 50,000.00 | 0.00 | 0.00 |
| 223 | Steve and Tammy pettit | 10,000.00 | 0.00 | 0.00 |
| 224 | Frankie Catoe | 10,000.00 | 0.00 | 0.00 |
| 225 | John C. Plyler, Jr. | 10,000.00 | 0.00 | 0.00 |
| 226 | John C. Plyler, Jr. | 20,000.00 | 0.00 | 0.00 |
| 227 | John C. Plyler, Jr. | 30,000.00 | 0.00 | 0.00 |
| 228 | John C. Plyler, Jr. | 20,000.00 | 0.00 | 0.00 |
| 229 | Patrick McCullough | 10,000.00 | 0.00 | 0.00 |
| 230 | Berlin Lehman Fund, Inc. | 40,000.00 | 0.00 | 0.00 |
| 231 | Tommy Middleton | 10,000.00 | 0.00 | 0.00 |
| 232 | Jerry E. Hammond Linda H. Hammond | 5,000.00 | 0.00 | 0.00 |
| 233 | Jerry E. Hammond | 15,000.00 | 0.00 | 0.00 |
| 234 | Allison Gold | 75,000.00 | 0.00 | 0.00 |
| 235 | Walter J. Couch | 20,000.00 | 0.00 | 0.00 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 236 | Malcoml Edwards | 12,500.00 | 0.00 | 0.00 |
| 237 | Malcoml Edwards | 25,000.00 | 0.00 | 0.00 |
| 238 | Malcoml Edwards | 25,000.00 | 0.00 | 0.00 |
| 239 | Michael K. Sims | 10,000.00 | 0.00 | 0.00 |
| 240 | Malcoml Edwards | 25,000.00 | 0.00 | 0.00 |
| 241 | Sheila D. McManus | 10,000.00 | 0.00 | 0.00 |
| 242 | Rochelle Gold | 25,000.00 | 0.00 | 0.00 |
| 243 | Michael McManus | 10,000.00 | 0.00 | 0.00 |
| 244 | Joel Gold Ira | 119,600.00 | 0.00 | 0.00 |
| 245 | Tanya Gold | 25,000.00 | 0.00 | 0.00 |
| 246 | William H. Lehman | 40,000.00 | 0.00 | 0.00 |
| 247 | Tanya Gold | 25,000.00 | 0.00 | 0.00 |
| 248 | SHARON LISSAUER | 25,000.00 | 0.00 | 0.00 |
| 249 | Sharon Sycoff | 350,000.00 | 0.00 | 0.00 |
| 250 | Andrew Garrett, Inc. | 217,000.00 | 0.00 | 0.00 |
| 251 | RBC Dain Custodian for James Mitchell IRA | 38,500.00 | 0.00 | 0.00 |
| 252 | Henry Gold | 75,000.00 | 0.00 | 0.00 |
| 253 | Henry Gold | 50,000.00 | 0.00 | 0.00 |
| 254 | Jaime Mercado | 10,000.00 | 0.00 | 0.00 |
| 255 | RBC Capital Markets Custodian for Nadine Kirk IRA Nadine Kick | 50,000.00 | 0.00 | 0.00 |
| 256 | Dennis Kirk | 50,000.00 | 0.00 | 0.00 |
| 257 | SDR Diversified Holdings LLC C/O Leah Rapps | 50,000.00 | 0.00 | 0.00 |
| 258 | Alan Sycoff | 101,000.00 | 0.00 | 0.00 |
| 259 | James Mitchell | 16,500.00 | 0.00 | 0.00 |
| 260 | Helen M. Kreisler Revvoc Trust | 17,311.16 | 0.00 | 0.00 |
| 261 | Jerry L. Gilmore Living Trust | 23,081.54 | 0.00 | 0.00 |
| 262 | Jerry L. Gilmore Living Trust | 40,000.00 | 0.00 | 0.00 |
| 263 | Connie Jean & Benjamin Smith Gaddy Trust | 14,425.96 | 0.00 | 0.00 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 264 | Gregory Hughsam & Andrea Hughsam | 25,000.00 | 0.00 | 0.00 |
| 265 | Charles P. Medows Jr. Under Rev. Trust | 25,000.00 | 0.00 | 0.00 |
| 266 | Charles P. Medows Jr. Under Rev. Trust | 14,425.96 | 0.00 | 0.00 |
| 267 | Deb R. Merrell | 25,000.00 | 0.00 | 0.00 |
| 268 | Bae Y. Lee | 14,425.96 | 0.00 | 0.00 |
| 269 | The Royal W. Ranney Rev Trust | 14,425.96 | 0.00 | 0.00 |
| 270 | Merle J. Ranney Revoc Trust | 14,425.96 | 0.00 | 0.00 |
| 271 | Leo L. Christopher & Ruth A. Christopher | 14,425.96 | 0.00 | 0.00 |
| 272 | Terry E. Harris & Ivana J. Harris | 25,000.00 | 0.00 | 0.00 |
| 273 | RBC Capital Markets Cust. FBO Ivana Harris IRA | 14,425.96 | 0.00 | 0.00 |
| 274 | Helen Reichberg | 15,000.00 | 0.00 | 0.00 |
| 275 | Paul A. Schneider | 12,500.00 | 0.00 | 0.00 |
| 276 | Steven Gold | 25,000.00 | 0.00 | 0.00 |
| 277 | Steven Gold | 25,000.00 | 0.00 | 0.00 |
| 278 | Deborah Gold | 75,000.00 | 0.00 | 0.00 |
| 279 | Deborah Gold | 25,000.00 | 0.00 | 0.00 |
| 280 | Allison Gold | 25,000.00 | 0.00 | 0.00 |
| 281 | Todd Andrew Scott | 12,500.00 | 0.00 | 0.00 |
| 282 | Jeffery L Roberson | 25,000.00 | 0.00 | 0.00 |
| 283 | Terry Pate | 10,000.00 | 0.00 | 0.00 |
| 284 | Todd Andrew Scott | 25,000.00 | 0.00 | 0.00 |
| 285 | Bruce E Mosley | 20,000.00 | 0.00 | 0.00 |
| 286 | Gerald Knight | 5,000.00 | 0.00 | 0.00 |
| 287 | Tracy & Elizabeth Bush | 12,000.00 | 0.00 | 0.00 |
| 288 | Tracy & Elizabeth Bush | 3,000.00 | 0.00 | 0.00 |
| 289 | Bruce E Mosley | 10,000.00 | 0.00 | 0.00 |
| 290 | Bruce E Mosley | 10,000.00 | 0.00 | 0.00 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 291 | RBC Custodian for Benefit of David Reece Kirk IRA | 2,000.00 | 0.00 | 0.00 |
| 292 | RBC Custodian for Benefit of Bruce C. Williams IRA | 10,000.00 | 0.00 | 0.00 |
| 293 | RBC Custodian for Benefit of Reece S. Kirk | 7,800.00 | 0.00 | 0.00 |
| 294 | Reece S. Kirk | 47,200.00 | 0.00 | 0.00 |
| 295 | RBC Custodian for Benefit of Shirley H. Kirk IRA | 100,000.00 | 0.00 | 0.00 |
| 296 | Charles B. Aimar | 25,000.00 | 0.00 | 0.00 |
| 297 | John R. Catoe | 10,000.00 | 0.00 | 0.00 |
| 298 | John R. Catoe | 10,000.00 | 0.00 | 0.00 |
| 299 | Reece S. Kirk | 20,000.00 | 0.00 | 0.00 |
| 300 | Colette Samara | 10,000.00 | 0.00 | 0.00 |
| 301 | John M. Blackmon | 10,000.00 | 0.00 | 0.00 |
| 302 | Gerald Knight | 10,000.00 | 0.00 | 0.00 |
| 303 | Gerald Knight | 10,000.00 | 0.00 | 0.00 |
| 304 | Ward Faulkenberry | 10,000.00 | 0.00 | 0.00 |
| 305 | Randell S Evans | 20,000.00 | 0.00 | 0.00 |
| 306 | Dennis G Adams | 10,000.00 | 0.00 | 0.00 |
| 307 | James K McCowan Jr | 10,000.00 | 0.00 | 0.00 |
| 308 | Don Michael Hinson | 25,000.00 | 0.00 | 0.00 |
| 309 | Myrtice R Williams | 15,000.00 | 0.00 | 0.00 |
| 310 | Layton E Crenshaw Jr | 10,000.00 | 0.00 | 0.00 |
| 311 | Layton E Crenshaw Jr | 10,000.00 | 0.00 | 0.00 |
| 312 | Thomas and Susan Kirk | 10,000.00 | 0.00 | 0.00 |
| 313 | Thomas and Susan Kirk | 5,000.00 | 0.00 | 0.00 |
| 314 | James W and Ruby Anne Hinson | 10,000.00 | 0.00 | 0.00 |
| 315 | Salomon Mikel | 15,000.00 | 0.00 | 0.00 |
| 316 | William B Couick | 10,000.00 | 0.00 | 0.00 |
| 317 | Joseph M Hammond | 10,000.00 | 0.00 | 0.00 |
| 318 | Robert Kirk | 25,000.00 | 0.00 | 0.00 |
| 319 | Patrick H Contini | 36,000.00 | 0.00 | 0.00 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 320 | Richard Pink & Pearl Pink | 13,101.40 | 0.00 | 0.00 |
| 321 | William P. Hunter | 10,000.00 | 0.00 | 0.00 |
| 322 | John M. Snipes | 10,000.00 | 0.00 | 0.00 |
| 323 | Mark Johnson | 25,000.00 | 0.00 | 0.00 |
| 324 | Irene Langhamer Revokable Trust | 50,000.00 | 0.00 | 0.00 |
| 325 | Sandra and Michael Kirk | 10,000.00 | 0.00 | 0.00 |
| 326 | Matthew J. Standley Robin K. Standley | 10,000.00 | 0.00 | 0.00 |
| 327 | Kenneth L. Jakes | 14,425.96 | 0.00 | 0.00 |
| 328 | Tony McCowan | 10,000.00 | 0.00 | 0.00 |
| 329 | Jimmy L. Williams | 10,000.00 | 0.00 | 0.00 |
| 330 | Jan J. 7 Sofia M. Laskowski | 29,643.84 | 0.00 | 0.00 |
| 331 | Susan E. Kraybill | 12,500.00 | 0.00 | 0.00 |
| 332 | Susan P Baker | 20,000.00 | 0.00 | 0.00 |
| 333 | RBC Capital Markets Custodian for Aaron Fricke | 12,500.00 | 0.00 | 0.00 |
| 334 | Philip Schulder | 10,000.00 | 0.00 | 0.00 |
| 335 | Stanley Meyer | 36,654.79 | 0.00 | 0.00 |
| 336 | Jeffery L Roberson | 23,081.54 | 0.00 | 0.00 |
| 337 | Loyd A. Small | 10,000.00 | 0.00 | 0.00 |
| 338 | Randy Langhamer | 175,000.00 | 0.00 | 0.00 |
| 339 | William J James | 25,000.00 | 0.00 | 0.00 |
| 340 | Vickie A Beatty | 10,000.00 | 0.00 | 0.00 |
| 341 | Terry Roberts | 12,500.00 | 0.00 | 0.00 |
| 342 | Kevin Ellis | 15,000.00 | 0.00 | 0.00 |
| 343 | Patricia K Rucker-McCray | 20,000.00 | 0.00 | 0.00 |
| 344 | Wayne M. Robinson | 10,000.00 | 0.00 | 0.00 |
| 345 | C Farris Cauthen | 15,000.00 | 0.00 | 0.00 |
| 346 | Jerry R and Rose S Threatt | 10,000.00 | 0.00 | 0.00 |
| 347 | David R Kirk | 36,000.00 | 0.00 | 0.00 |
| 348 | James C. Sowell | 10,000.00 | 0.00 | 0.00 |
| 349 | Michael S and Danny Kirk | 10,000.00 | 0.00 | 0.00 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 350 | Donald L Hinson | 10,000.00 | 0.00 | 0.00 |
| 351 | Marc Rosen | 12,500.00 | 0.00 | 0.00 |
| 352 | Carl Carson Blackmon | 10,000.00 | 0.00 | 0.00 |
| 353 | Reginald G Adams | 10,000.00 | 0.00 | 0.00 |
| 354 | Leonard Sims IRA | 10,000.00 | 0.00 | 0.00 |
| 355 | Joseph H. & Joanne Franklin | 17,500.00 | 0.00 | 0.00 |
| 356 | Larry and Amber Hobbs | 14,425.96 | 0.00 | 0.00 |
| 357 | Brandi Mosley Griffin | 10,000.00 | 0.00 | 0.00 |
| 358 | Patricia Holmes | 25,000.00 | 0.00 | 0.00 |
| 359 | Jennifer Dillard | 10,000.00 | 0.00 | 0.00 |
| 360 | Maurice J Alfermann Trust | 25,000.00 | 0.00 | 0.00 |
| 361 | Pamela Kiersz | 20,196.35 | 0.00 | 0.00 |
| 362 | Jeremy and Pamela Kiersz | 25,000.00 | 0.00 | 0.00 |
| 363 | Lee Zoretzky | 25,000.00 | 0.00 | 0.00 |
| 364 | Lee Zoretzky | 75,000.00 | 0.00 | 0.00 |
| 365 | Lee Zoretzky | 50,000.00 | 0.00 | 0.00 |
| 366 | Frances L Story | 10,000.00 | 0.00 | 0.00 |
| 367 | C Siegfried | 20,000.00 | 0.00 | 0.00 |
| 368 | Gary A Gelbfish | 50,000.00 | 0.00 | 0.00 |
| 369 | Ronald Zaretzky | 35,700.00 | 0.00 | 0.00 |
| 370 | Gary A Gelbfish | 125,000.00 | 0.00 | 0.00 |
| 371 | Gary A Gelbfish | 140,000.00 | 0.00 | 0.00 |
| 372 | Ronald Zaretzky | 25,000.00 | 0.00 | 0.00 |
| 373 | Landmark Charity Foundation | 375,000.00 | 0.00 | 0.00 |
| 374 | Ronald Zaretzky | 25,000.00 | 0.00 | 0.00 |
| 375 | Ronald Zaretzky | 114,300.00 | 0.00 | 0.00 |
| 376 | Legacy Trust | 350,000.00 | 0.00 | 0.00 |
| 377 | Howard Berg | 225,000.00 | 0.00 | 0.00 |
| 378 | Gloria Zoretzky | 35,700.00 | 0.00 | 0.00 |
| 379 | Gloria Zoretzky | 25,000.00 | 0.00 | 0.00 |
| 380 | Harry K Truesdale | 10,000.00 | 0.00 | 0.00 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 381 | SDR Diversified Holdings LLC C/O Leah Rapps | 16,050.00 | 0.00 | 0.00 |
| 382 | CHAYA D SIEGFRIED | 20,000.00 | 0.00 | 0.00 |
| 383 | Roger D Laney | 10,000.00 | 0.00 | 0.00 |
| 384 | Wayne Starnes | 24,000.00 | 0.00 | 0.00 |
| 385 | Wayne Starnes | 6,000.00 | 0.00 | 0.00 |
| 386 | Kimberly Dotson | 12,500.00 | 0.00 | 0.00 |
| 387 | Donald Ray Maynard | 20,000.00 | 0.00 | 0.00 |
| 388 | Hal M. Funderburk | 15,000.00 | 0.00 | 0.00 |

Total to be paid for timely general unsecured claims:    $ _____ 0.00

Remaining balance:    $ _____ 0.00

Tardily filed claims of general (unsecured) creditors totaling $227,810.96 have been allowed and will be paid pro rata only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 389 | Ian Haigler | 10,000.00 | 0.00 | 0.00 |
| 390 | RLB Capital Inc | 10,000.00 | 0.00 | 0.00 |
| 391 | Joanne Goldberg | 20,000.00 | 0.00 | 0.00 |
| 392 | Russell Joyner IRA | 23,000.00 | 0.00 | 0.00 |
| 393 | Andrew P. Mackenzie | 12,500.00 | 0.00 | 0.00 |
| 394 | Jennifer Liebman | 10,000.00 | 0.00 | 0.00 |
| 395 | William E Harnish | 37,500.00 | 0.00 | 0.00 |
| 396 | Charles Joyner | 14,000.00 | 0.00 | 0.00 |
| 397 | Cyril Ettori | 19,000.00 | 0.00 | 0.00 |
| 398 | Brandy Baker | 10,000.00 | 0.00 | 0.00 |
| 399 | Brandon Wood | 12,500.00 | 0.00 | 0.00 |
| 400 | Robert F Sprowls | 25,000.00 | 0.00 | 0.00 |
| 401 | Steve Leasure | 20,000.00 | 0.00 | 0.00 |
| 403 | The Perfect Fit | 1,950.00 | 0.00 | 0.00 |
| 404 | Pacific Screenprint Int., Inc. | 2,360.96 | 0.00 | 0.00 |

| | |
|---|---|
| Total to be paid for tardily filed general unsecured claims: | $ 0.00 |
| Remaining balance: | $ 0.00 |

    Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $0.00 have been allowed and will be paid pro rata only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

    Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| | | None | | |

| | |
|---|---|
| Total to be paid for subordinated claims: | $ 0.00 |
| Remaining balance: | $ 0.00 |

Prepared By: /s/ Howard B. Grobstein

Chapter 7 Trustee

Howard Grobstein

11801 Pierce Street

2nd Floor

Riverside, CA 92505

(951) 234-0951

hbgtrustee@gtllp.com

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (10/1/2010)**